THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALEL JORELL MARTÍNEZ-BRISTOL,<br><br>Defendant. | Crim. No. 21-233 (ADC) |

## ORDER

The Court hereby **ADOPST IN PART** the Report and Recommendation ("R&R") at **ECF No. 48**. Specifically, the Court adopts the portion of the R&R that finds that defendant Kalel Jorell Martínez-Bristol's ("defendant") motion to suppress is moot as it pertains to the cellphone and the cash seized.

However, the matter is again referred to Magistrate Judge Marcos E. López for a hearing and Report and Recommendation evaluating defendant's arguments regarding the legality of his seizure and arrest.

**SO ORDERED**.

In San Juan, Puerto Rico, on this 27th day of June, 2022.

                                                               **S/AIDA M. DELGADO-COLÓN**
                                                                **United States District Judge**